408 A.2d 530

Commonwealth v. Sheatz, Appellant.

 Submitted October 26, 1978. Daniel J. Long, for appellant; Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence of the lower court is hereby affirmed.